Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Nicole A. Naleway CA Bar No. 300701
nicole.naleway@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
Ashley Furniture Industries, LLC, f/k/a Ashley Furniture
Industries, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALFREDO LOPEZ, as an Individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-2104<br><br>**DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC, F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>*[Filed concurrently with Petition and Notice of Removal of Civil Action; Civil Cover Sheet; Declaration of Troy Muller; Declaration of Nicole A. Naleway; Certificate of Interested Parties; and Notice of Related Cases]*<br><br>Complaint Filed: June 23, 2021<br>Trial Date:        None Set<br>District Judge:    Hon. TBD<br>Magistrate Judge: Hon. TBD |

Lopez - Corporate Disclosure

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

The undersigned counsel for Defendant Ashley Furniture Industries, LLC f/k/a Ashley Furniture Industries, Inc. ("Defendant"), certifies that:

1.      The sole member of Defendant Ashley Furniture Industries, LLC, f/k/a Ashley Furniture Industries, Inc. is Ashley Holdings, Inc. No publicly held corporation own 10% or more of its stock.

DATED: December 17, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/Nicole A. Naleway*
Vince M. Verde
Nicole A. Naleway
Attorneys for Defendant
Ashley Furniture Industries, LLC, f/k/a
Ashley Furniture Industries, Inc.

Lopez - Corporate
Disclosure

DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC, F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT

1
2

# PROOF OF SERVICE
*Alfredo Lopez v. Ashley Furniture Industries, Inc., et al.*
Case No. 5:21-cv-2104

3
4
5

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

6

On December 17, 2021, I served the following document(s):

7
8

**DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC, F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

9
10

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

11
12
13

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

14
15

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

16
17
18
19
20

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

21
22
23
24

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

25
26

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

27
28

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

Lopez - Corporate Disclosure

DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC, F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT

1

2

3

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

4

5

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

6

7

8

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

9

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

10

11

Executed on December 17, 2021, at Costa Mesa, California.

12

13

<u>/s/ *Lisa Marie Hamusek*</u>
Lisa Marie Hamusek

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lopez - Corporate
Disclosure

Case No. 5:21-cv-2104

DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC, F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT

# SERVICE LIST

Neama Rahmani, Esq.
Ronald L. Zambran, Esq.
WEST COAST EMPLOYMENT
LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, CA  90071
Telephone:   213-927-3700
Facsimile:    213-927-3701
efilings@westcoasttriallawyers.com
ron@westcoasttriallawyers.com

Attorneys for Plaintiff
Alfredo Lopez

5

Case No. 5:21-cv-2104

DEFENDANT ASHLEY FURNITURE INDUSTRIES, LLC, F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT

49602660.v1-OGLETREE