Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Nicole A. Naleway CA Bar No. 300701
nicole.naleway@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant
Ashley Furniture Industries, LLC f/k/a
Ashley Furniture Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALFREDO LOPEZ, as an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:21-cv-02104 AB (SPx)<br><br>**DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT**<br><br>Complaint Filed: June 23, 2021<br>Trial Date:       None Set<br>District Judge:   Hon. Andre Birotte Jr.<br>Magistrate Judge: Hon. Sheri Pym |

Counsel for Defendant ASHLEY FURNITURE INDUSTRIES, LLC f/k/a ASHLEY FURNITURE INDUSTRIES, INC. ("Defendant") first reached out to counsel for Plaintiff ALFREDO LOPEZ on February 1, 2022, in an attempt to schedule a conference call per Federal Rule of Civil Procedure 26(f).  Having not heard back from Plaintiff's counsel, Defendant's counsel followed up with Plaintiff's counsel on February 4, 2022 to schedule a conference call and to remind Plaintiff's counsel that a Joint Report per Rule 26(f) was due on February 11, 2022. Plaintiff's counsel responded on Sunday night on February 6, 2022 indicating he would be

Lopez - Defendant's Rule 26(f)

1
Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

available on Monday, February 7th in the afternoon. Defendant's counsel reached out to Plaintiff's counsel on Monday, February 7, 2022; and again on Tuesday, February 8, 2022, and Thursday, February 10, 2022; however, Plaintiff's counsel refused to return Defendant's counsel's emails or phone calls to meet and confer per Rule 26(f) and to prepare the Joint Report per Rule 26(f). As such, Defendant hereby submits its own Rule 26(f) Report.

### A. STATEMENT OF CASE

Defendant denies that it discriminated against Plaintiff on the basis of disability or any other reason. Defendant further denies that it failed to accommodate Plaintiff's disability and failed to engage in a good faith interactive process. Defendant denies that it retaliated against or harassed Plaintiff for any reason. Defendant further denies that Plaintiff was wrongfully terminated.  Defendant denies that it failed to prevent and remedy harassment. Defendant denies that it violated California Business and Professions Code §§ 17200, et seq. Defendant denies that it has engaged in any wrongdoing or that Plaintiff is entitled to recover any damages in this action.

### B. SUBJECT MATTER JURISDICTION

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

### C. LEGAL ISSUES

Defendant contends that key legal issues will surround whether Defendant had knowledge of Plaintiff's alleged disability; whether Plaintiff was entitled to leave; whether Defendant discriminated, retaliated against, and/or harassed Plaintiff; whether Plaintiff has mitigated or attempted to mitigate his purported damages; whether Plaintiff suffered any damages (including economic or non-economic) as a result of Defendant's alleged actions and/or failures to act; and whether Plaintiff can recover punitive damages against Defendant.

/ / /

/ / /

Lopez - Defendant's Rule 26(f)

2   Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

### D. PARTIES, EVIDENCE, ETC.

From Defendant's perspective, key witnesses and documents are not fully known at this time, but are expected to be discovered during the discovery process.

### E. DAMAGES

Defendant denies liability and further denies that Plaintiff is entitled to any damages.

### F. INSURANCE

Defendant has no insurance policy that in all reasonable possibility would be called upon to respond in whole or in part to the claims in this suit.

### G. MOTIONS

Defendant anticipates filing a Rule 56 Motion. Defendant may file discovery motions as necessary, and may file motions in limine in advance of trial.

### H. DISPOSITIVE MOTIONS

Defendant presently intends to file a Motion for Summary Judgment or Partial Summary Judgment.

### I. MANUAL FOR COMPLEX LITIGATION

Defendant represents that this matter is not a complex matter. As such, the Manual for Complex Litigation should not be utilized.

### J. STATUS OF DISCOVERY

Defendant represents that the parties have not yet conducted formal discovery. Please see the Discovery Plan section below.

### K. DISCOVERY PLAN

Pursuant to FRCP Rule 26, Defendant agrees to exchange initial disclosures within thirty (30) days from the Rule 26(f) conference.

Defendant anticipates written discovery in the form of Interrogatories, Requests for Admission, and Requests for Production of Documents. Defendant intends on deposing Plaintiff for two (2) days and deposing other related persons.

Pursuant to Rule 26(f)(3)(c), Defendant does not believe there will be issues

Lopez - Defendant's Rule 26(f)

3   Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

regarding the disclosure or discovery of electronically stored information. Defendant further agrees, pursuant to Rule 26(f)(3)(D), that it does not believe there will be issues about claims of privilege and agrees to meet and confer in an attempt to resolve those issues should they so arise. Defendant agrees to a protective order.

### L. DISCOVERY CUT-OFF

Defendant proposes a non-expert discovery cutoff of December 9, 2022 (including the hearing of non-expert discovery motions) and an expert discovery cutoff of February 10, 2023 (including the hearing of expert discovery motions), as indicated in Defendant's Schedule of Pretrial and Trial Dates being submitted concurrently herewith.

### M. EXPERT DISCOVERY

Defendant refers to the Schedule of Pretrial and Trial Dates worksheet completed by Defendant that is being filed concurrently herewith.

### N. SETTLEMENT CONFERENCE/ ALTERNATE DISPUTE RESOLUTION (ADR)

Defendant agrees to utilize Settlement Procedure No. 3 set forth in Local Rule 16-15.4 and participate in a private mediation, with the costs split equally between the Parties. Defendant agrees that the ADR Procedure should be completed at least ninety (90) days before the scheduled trial.

### O. TRIAL ESTIMATE

Defendant estimates that five (5) days will be required for a jury trial. Defendant contemplates calling 3-5 witnesses.

### P. TRIAL COUNSEL

Lead Trial counsel for Defendant is Vince Verde from Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Nicole Naleway will be associate counsel for Defendant.

### Q. INDEPENDENT EXPERT OR MASTER

Defendant does not anticipate any need for the Court to appoint a master or independent scientific expert.

Lopez - Defendant's Rule 26(f)

4

Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

R. **SCHEDULE WORKSHEET**

Please see attached as Exhibit A, Defendant's proposed Schedule of Pretrial and Trial Dates worksheet.

S. **OTHER ISSUES**

Defendant does not anticipate any other issues at this time.

DATED: February 11, 2022         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Nicole A. Naleway*
  Vince M. Verde
  Nicole A. Naleway
  Attorneys for Defendant
  Ashley Furniture Industries, Inc.

Lopez - Defendant's Rule 26(f)

5    Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

## PROOF OF SERVICE
*Alfredo Lopez v. Ashley Furniture Industries, Inc., et al.*
Case No. 5:21-cv-02104 AB (SPx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On February 11, 2022, I served the following document(s):

**DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

    ☐ the written confirmation of counsel in this action:
    ☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

☒  **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒  **(Federal)**  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐  **(Federal)**  I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 11, 2022, at Costa Mesa, California.

_____
Lisa Marie Hamusek

Lopez - Defendant's Rule 26(f)

7

Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT

# SERVICE LIST

| | |
|---|---|
| Neama Rahmani, Esq.<br>Ronald L. Zambrano, Esq.<br>WEST COAST EMPLOYMENT LAWYERS, APLC<br>350 South Grand Avenue, Suite 3325<br>Los Angeles, CA  90071<br>Telephone:  213-927-3700<br>Facsimile:   213-927-3701<br>efilings@westcoasttriallawyers.com<br>ron@westcoasttriallawyers.com | Attorneys for Plaintiff<br>Alfredo Lopez |

Lopez - Defendant's Rule 26(f)

8

Case No. 5:21-cv-02104 AB (SPx)
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC. F/K/A ASHLEY FURNITURE INDUSTRIES, INC.'S RULE 26(F) REPORT
50289667.v1-Ogletree