Neama Rahmani (State Bar No. 223819)
  *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
  *ron@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
ALFREDO LOPEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LOPEZ, as an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-02104 TJH(SPx)<br><br>Assigned to the Honorable<br>District Judge: Hon. Terry J. Hatter, Jr<br>Magistrate Judge: Hon. Sheri Pym<br><br>**ORDER  [44]  [JS-6]**<br><br>Complaint Filed: June 23, 2021<br>Trial Date: None Set |

## <u>ORDER</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party bearing that party's owner attorney's fees and costs.

Dated: MAY 16, 2023

_____

Hon. Terry J. Hatter, Jr

UNITED STATES DISTRICT JUDGE